UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. **C 07-06414 RMW**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 9, 2008, I caused the following document:

**1. Notice of Consent Filing and attached Consent Forms**

to be served via U.S. Mail to the following:

Solectron Corporation
c/o C T Corporation
818 West Seventh St.
Los Angeles, CA  90017

Flextronics International USA, Inc.
c/o C T Corporation
818 West Seventh St.
Los Angeles, CA  90017

Dated:  January 9, 2008                             **NICHOLS KASTER & ANDERSON, LLP**

By: s/James H. Kaster
    James H. Kaster, #248949
    Matthew C. Helland, #250451

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

Notice of Consent Filing