# United States District Court

**E-FILING** NORTHERN DISTRICT OF CALIFORNIA

*Filed JAN 0 7 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

Mohan Gi[ADR]Carr, Jermaine Wright, and Ton[ADR]i[ ]ndividually, on behalf of others similarly situated, and on behalf of the general public,
Plaintiffs,
v.
Solectron Corporation, Flextronics International, USA, Inc. and DOES 1-10 inclusive,
Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C07 06414 RMW**

**HRL**

TO: (Name and address of defendant)

Solectron Corporation
847 Gibraltar Drive
Milpitas, CA 95035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NICHOLS KASTER & ANDERSON, LLP
James H. Kaster, CA State Bar No. 248949
Matthew C. Helland, CA State Bar No. 250451
One Embarcadero Center, Suite 720
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 12/19/07

_____
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                              Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure