Reset Form

RECEIVED
2007 DEC 26 PM 3:49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JAN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAN GIL, ET AL.,

Plaintiff(s),

v.

SOLECTRON CORPORATION, ET. AL.,

Defendant(s).

CASE NO. C 07-06414 RMW

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jessica J. Clay, an active member in good standing of the bar of Minnesota
(particular court to which applicant is admitted) whose business address and telephone number
is 4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
612.256.3233
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/16/08

*Ronald M. Whyte*

United States District Judge