# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Mohan Gil, Rodney Carr, Tony Daniel, and
Jermaine Wright, individually, on behalf of
others similarly situated, and on behalf of
the general public,

   Plaintiffs,

                 V.

Solectron Corporation, Flextronics International, USA,
Inc. and DOES 1-10 inclusive,

Defendants.

AMENDED

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07- 06414 RMW HRL

TO: (Name and address of defendant)

Solectron Corporation
c/o C T Corporation System
818 West Seventh Street
Los Angeles, CA   90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NICHOLS KASTER & ANDERSON, LLP
James H. Kaster, CA State Bar No. 248949
Matthew C. Helland, CA State Bar No. 250451
One Embarcadero Center, Suite 720
San Francisco, CA   94111

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1/7/8

(BY) DEPUTY CLERK

NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, Esq. (SBN 250451)
One Embarcadero Center, Suite 720
San Francisco, California 94111
Tel. No.: (415) 277-7235

Attorney(s) for: Individual and Representative Plaintiffs

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| MOHAN GIL, et al., Plaintiff(s) v. SOLECTRON CORPORATION, et al., Defendant(s) | CASE NUMBER: C07 06414 RMW HRL<br><br>**PROOF OF SERVICE SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHED LIST

2. **Person served:**
   a. [X] Defendant *(name)*: Solectron Corporation
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      CT Corporation, Agent for service of process by serving Margaret Wilson
   c. [X] Address where papers were served: 818 W. 7th St., 2nd Flr., Los Angeles, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [X] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: 01/08/2008   at *(time)*: 2:50 p.m.
   b. [ ] By **Substituted service.** By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by **mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on (date): _____
      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                            PAGE 1

## ATTACHED LIST OF DOCUMENTS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### MOHAN GIL, RODNEY CARR, JERMAINE WRIGHT, and TONY DANIEL, individually, on behalf of others similarly situated, and on behalf of the general public   v.   SOLECTRON CORPORATION, et al.

### CASE NUMBER: C07 06414 RMW HRL

1. STANDING ORDER RE: PRETRIAL PREPARATION;

2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

3. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

4. OFFICE OF THE CLERK WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION;

5. NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/ CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES;

6. GENERAL ORDER NO.40 PROHIBITION OF BIAS;

7. U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

8. GENERAL ORDER NO. 45 ELECTRONIC CASE FILING;

9. STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;

10. ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES;

11. NOTICE OF NEED FOR ADR PHONE CONFERENCE;

12. STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;

13. [PROPOSED] ORDER;

14. NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION;

15. <u>GENERAL ORDER NO. 53 PRIVACY;</u>

16. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;

17. WAIVER OF SERVICE OF SUMMONS;

18. INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5);

19. ADR CERTIFICATION BY PARTIES AND COUNSEL;

20. CIVIL COVER SHEET;

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Sonny Nicolas, Ace Messenger & Attorney Service, Inc.
   811 Wilshire Boulevard, Suite 900
   Los Angeles, California 90017
   (213) 623-3979
   Reg. #: 5405 County: Los Angeles

   a. Fee for service: $
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 9, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                         PAGE 2