1  NICHOLS KASTER & ANDERSON LLP
   Matthew C. Helland, CA State Bar No. 250451
2  helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
   Telephone: (415) 277-7235
4  Facsimile: (415) 277-7238

5  NICHOLS KASTER & ANDERSON PLLP
6  James H. Kaster CA State Bar No. 248949
   kaster@nka.com
7  Jessica J. Clay MN State Bar No. 318772
   <u>Admitted pro hac vice</u>
8  clay@nka.com
   4600 IDS Center
9  80 South 8th Street
   Minneapolis, MN 55402
10 Telephone: (612) 256-3200
11 Facsimile: (612) 338-4878

12
   Attorneys for Individual and Representative Plaintiffs
13
                    IN THE UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA

15

16

17 Mohan Gil, Rodney Carr, Tony Daniel, and    | Case No. C 07-06414 RMW
   Jermaine Wright, individually, on behalf of
18 others similarly situated, and on behalf of
   the general public,
19

20        Plaintiffs,                          | **CERTIFICATE OF SERVICE**

21 v.

22
   Solectron Corporation, Flextronics
23 International, USA, Inc., and DOES 1-10
   inclusive,
24

25        Defendants.

26

27     I hereby certify that on January 18, 2008, I caused the following document:

28        1. Summons In A Civil Case

| | |
|---|---|
| 1 | to be served via ECF to the following: |
| 2 | Robert J. Wilger |
| 3 | rwilger@littler.com |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: January 18, 2008 |

NICHOLS KASTER & ANDERSON, LLP

By: s/Jessica J. Clay
James H. Kaster, #248949
Matthew C. Helland, #250451
Jessica J. Clay, MN #318772, pro hac vice
ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

-2-

CLASS ACTION COMPLAINT