```
 1  NICHOLS KASTER & ANDERSON LLP
    Matthew C. Helland, CA State Bar No. 250451
 2  helland@nka.com
    One Embarcadero Center, Suite 720
 3  San Francisco, CA 94111
    Telephone: (415) 277-7235
 4  Facsimile: (415) 277-7238

 5  NICHOLS KASTER & ANDERSON PLLP
 6  James H. Kaster CA State Bar No. 248949
    kaster@nka.com
 7  Jessica J. Clay MN State Bar No. 318772
    Admitted pro hac vice
 8  clay@nka.com
    4600 IDS Center
 9  80 South 8th Street
    Minneapolis, MN 55402
10  Telephone: (612) 256-3200
11  Facsimile: (612) 338-4878

12  Attorneys for Individual and Representative Plaintiffs
```

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. C 07-06414 RMW<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 18, 2008, I caused the following document:

 1. Summons In A Civil Case

1  to be served via ECF to the following:

2  Robert J. Wilger
3  rwilger@littler.com

4

5

6

7  Dated: January 18, 2008                    **NICHOLS KASTER & ANDERSON, LLP**

8                                              By:  s/Jessica J. Clay
                                                    James H. Kaster, #248949
9                                                   Matthew C. Helland, #250451
10                                                  Jessica J. Clay, MN #318772, pro hac vice
                                                    ATTORNEYS FOR PLAINTIFFS AND THE
11                                                  PUTATIVE CLASS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CLASS ACTION COMPLAINT