1  GARRY G. MATHIASON, Bar No. 051119
   ROBERT J. WILGER, Bar No. 168402
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113
4  Telephone:   408.998-4150
   Fax:         408.288-5686
5
6  Attorneys for Defendants
   SOLECTRON CORPORATION, FLEXTRONICS
7  INTERNATIONAL, USA, INC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MOGAN GIL, RODNEY CARR,                     | Case No. C-07-06414 (RMW)
   | JERMAINE V. WRIGHT and TONY                 |
12 | DANIEL, individually, on behalf of others   | DEFENDANTS' CERTIFICATION OF
   | similarly situated, and on behalf of the    | INTERESTED ENTITIES OR PERSONS
13 | general public,                             | AND DISCLOSURE STATEMENT
14 |                 Plaintiffs,                 | Federal Rules Of Civil Procedure 7.1
   |                                             | N.D. Civil Local Rule 3-16
15 |      v.
16 | SOLECTRON CORPORATION,
   | FLEXTRONICS INTERNATIONAL,
17 | USA, INC., and DOES 1-10, inclusive,
18 |                 Defendants.
19

20          Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the

21 undersigned certifies that the following listed persons, associations of person, firms, partnerships,

22 corporations (including parent corporations) or other entities (i) have a financial interest in the

23 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

(NO. C-07-06414 (RMW))                              Defs' Certification Of Interested Entities Or
FIRMWIDE:84696295.1 014692.1110                     Persons

1  that subject matter or in a party that could be substantially affected by the outcome of this
2  proceeding: Flextronics International, Inc.

3

4  Dated: April 4, 2008

5

6  _____
    ROBERT J. WILGER
7   LITTLER MENDELSON
    A Professional Corporation
8   Attorneys for Defendants
    SOLECTRON CORPORATION,
    FLEXTRONICS INTERNATIONAL, USA,
9   INC.,

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose CA 95113 2303
408 998 4150

(NO. C-07-06414 (RMW))           2.       Defs' Certification Of Interested Entities Or
FIRMWIDE:84696295.1 014692.1110            Persons