**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No. **C 07-06414 RMW** |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive, | |
| Defendants. | |

I hereby certify that on April 8, 2008, I caused the following document:

1.  Joint Report of Rule 26(f) Conference

to be served via ECF to the following:

Robert J. Wilger
rwilger@littler.com

Dated:  April 8, 2008                **NICHOLS KASTER & ANDERSON, LLP**

                                     By:   s/Jessica J. Clay
                                            James H. Kaster, #248949
                                            Matthew C. Helland, #250451
                                            Jessica J. Clay, MN # 318772, pro hac vice

                                            ATTORNEYS FOR PLAINTIFFS AND THE
                                            PUTATIVE CLASS