UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mohan Gil, et al.,

                Plaintiff(s),

v.

Solectron Corporation, et al.,

                Defendant(s).

CASE NO. C 07-06414 (RMW)

~~(Proposed)~~

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul J. Lucas, an active member in good standing of the bar of Minnesota, (particular court to which applicant is admitted) whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, (612) 256-3200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/27/08

*/s/ Ronald M. Whyte*

United States District Judge

FILED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
MAR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE