NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON PLLP
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
clay@nka.com
(admitted **pro** **hac** **vice**)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No: 5:07-cv-06414-RMW<br><br>**NOTICE OF CORRECTION** |

PLEASE TAKE NOTICE, that the Application for Admission of Attorney *Pro Hac Vice* (dkt. no. 24) incorrectly spelled the attorney's name as Paul J. Lucas.  Please take notice the correct spelling is Paul J. Lukas.

Dated:  April 11, 2008                                s/Paul J. Lukas

**NICHOLS KASTER & ANDERSON LLP**
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON PLLP**
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
clay@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs

**CERTIFICATE OF SERVICE**
Gil, et al. v. Solectron Corporation, et al.
**Case No.** 5:07-cv-06414-RMW

I hereby certify that on April 11, 2008, I caused the **Notice of Correction** to be served via ECF to the following:

Robert James Wilger
Littler Mendelson, P.C.
50 W. San Fernando Street, 15th Fl.
San Jose, CA 95113
rwilger@littler.com

Dated:  April 11, 2008                    s/Paul J. Lukas

**NICHOLS KASTER & ANDERSON LLP**
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON PLLP**
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
clay@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs