NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON PLLP
James H. Kaster CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay MN State Bar No. 318772
(admitted pro hac vice)
clay@nka.com
Paul J. Lukas, MN State Bar No. 22084X
(admitted pro hac vice)
lukas@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mohan Gil, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Solectron Corporation, et al., <br><br> Defendants. | Case No. C 07-06414 RMW (HRL) <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT** <br><br> **Federal Rules of Civil Procedure 7.1** <br> **N.D. Civil Local Rule 3-16** <br><br> Honorable Ronald M. Whyte <br> Complaint Filed: December 19, 2007 |

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Flextronics International, Inc.
Phyllis Acuff
Shelia Asbury
Charlotte Bachus
Tonya Ball
Christina Ballinger
Samuel Brooks
Sharon Brooke
Cheri J. Burton
DeWayne Cammack
Greta Campbell
Rodney Carr
Joshua Craft
Chastity Cundiff
Keith Curry
Tony Daniel
Mahmoud Elkahlout
Charles Eslick
Joseph Ewen
Mohan Gill
Gloria Gittings
Dayle Goodwin
Antonio Green
Ricardo Gutierrez
Terrance Hampton
Mark Hartsfield
Vicky Head
John Heneka

Tameka Johnson
Relena Miller
Paul Miracle
John Murphy
Kory Nelson
Jesse Rodgers
Valeda Rodgers
Glynesia Russell
Rebecca Shelton
Terenia Townsend
Gregory Williams
Michael Winstead
Jermaine Wright

Dated: April 14, 2008      **NICHOLS KASTER & ANDERSON, PLLP**
                     By:   s/Jessica J. Clay
                           Jessica J. Clay, MN # 318772, pro hac vice

                           ATTORNEY FOR PLAINTIFFS AND THE
                           PUTATIVE CLASS

**CERTIFICATE OF SERVICE**
Gil, et al. v. Solectron Corporation, et al.
**Case No.** 5:07-cv-06414-RMW

I hereby certify that on April 14, 2008, I caused the **Certification of Interested Entities or Persons and Disclosure Statement** to be served via ECF to the following:

Robert James Wilger
Littler Mendelson, P.C.
50 W. San Fernando Street, 15th Fl.
San Jose, CA 95113
rwilger@littler.com

Dated: April 14, 2008        s/Jessica J. Clay

_____
**NICHOLS KASTER & ANDERSON LLP**
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON PLLP**
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
clay@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs

4
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT