# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,

Plaintiffs,

v.

Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,

Defendants.

Case No. **C 07-06414 RMW**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on April 16, 2008, I caused the following document:

1. Joint Case Management Statement

to be served via ECF to the following:

Robert J. Wilger
rwilger@littler.com

Dated:  April 16, 2008

**NICHOLS KASTER & ANDERSON, LLP**

By:  s/Jessica J. Clay
James H. Kaster, #248949
Matthew C. Helland, #250451
Jessica J. Clay, MN # 318772, pro hac vice

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS