1  Counsel Appear on the Following Page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>            Defendants. | Case No. C 07-06414 RMW (HRL)<br><br>**[PROPOSED] CASE MANAGEMENT ORDER**<br><br>Honorable Ronald M. Whyte<br>Complaint Filed: December 19, 2007 |

-1-

**[PROPOSED] CASE MANAGEMENT ORDER**

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON PLLP
James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
(admitted pro hac vice)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

LITTLER MENDELSON
A Professional Corporation
Garry G. Mathiason, Bar No. 051119
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: (415) 433-1940
Fax:  (415) 399-8490
gmathiason@littler.com

LITTLER MENDELSON
A Professional Corporation
Robert J. Wilger, Bar No. 168402
50 West San Fernando St., 15th Floor
Telephone:  (408) 998-4150
Fax:  (408) 288-5686
rwilger@littler.com

Attorneys for DEFENDANTS

**[PROPOSED] CASE MANAGEMENT ORDER**

On April 18, 2008, Jessica J. Clay, Counsel for Plaintiffs, and Robert J. Wilger, Counsel for Defendants Solectron Corporation and Flextronics International, USA, Inc., (hereinafter referred to collectively as "Defendants") appeared for a case management conference. It is hereby ordered as follows:

1. Plaintiffs will file and serve their Motion for Conditional Certification on or before July 1, 2008;
2. Plaintiffs will file and serve their Motion for Rule 23 Class Certification on or before May 1, 2009;
3. The Parties will complete discovery on the merits on or before June 1, 2009;
4. The Parties will complete all expert discovery on or before June 12, 2009;
5. The Parties will designate any expert witnesses and disclose any expert reports/opinions on or before April 1, 2009;
6. The Parties will file and serve any non-dispositive motions on or before July 1, 2009;
7. Any Summary Judgment Motions will be heard on September 4, 2009;
8. The Parties will be ready-for-trial on November 30, 2009;
9. The Parties will participate in an ADR phone conference on August 7, 2008 at 9:30 a.m.;
10. Discovery in this case shall be limited as follows:
    a. Each side is limited to 60 hours of depositions;
    b. Plaintiffs may ask Interrogatories of Defendants related to their policies and practices; and
    c. Defendants may ask Interrogatories of Plaintiffs related to the Plaintiffs' biographical and work-history.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 21, 2008 | NICHOLS KASTER & ANDERSON, PLLP |
| 3 | | By: s/Jessica J. Clay |
| 4 | | Jessica J. Clay<br>ATTORNEYS FOR PLAINTIFFS AND THE |
| 5 | | PUTATIVE CLASSES |

Dated: April 21, 2008     LITTLER MENDELSON,
                          A Professional Corporation

                          By: Robert J. Wilger
                          Robert J. Wilger
                          ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED:

_____
The Honorable Robert M. Whyte

-9-
**JOINT CASE MANAGEMENT STATEMENT**