NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON PLLP
James H. Kaster CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
Admitted **pro hac vice**
clay@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. **C 07-06414 RMW**<br><br>**NOTICE OF CONSENT FILING** |

**Notice of Consent Filing**

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person:

Branch, Jason

Dated: May 2, 2008                **NICHOLS KASTER & ANDERSON, LLP**

By:  s/Jessica J. Clay
    James H. Kaster, #248949
    Matthew C. Helland, #250451
    Jessica J. Clay, MN # 318772, pro hac vice

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

# GIL ET AL. V. SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL USA, INC. ET AL.
## COURT FILE 07-06414 (RMW/HRL)
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Solectron Corp. and Flextronics International USA, Inc. as a Plaintiff to assert claims against the company or companies for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past three years, there were occasions where Solectron Corporation and/or Flextronics International required me to wear protective gear while performing the duties for which I was employed. Solectron Corporation and/or Flextronics International never compensated me for the time I spent donning and doffing this protective gear or for time spent waiting in line to have the gear pass through an electro-static discharge station.

_Jason D Branch_  4/27/08
Signature                                              Date

_JASON D BRANCH_
Print Name

REDACTED

**Mail or fax to:**
Nichols Kaster & Anderson, PLLP (attn: Jessica Clay)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Fax: 612-338-4878
Phone: 612-256-3200 or toll-free 877-448-0492

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br> v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. **C 07-06414 RMW**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 2, 2008, I caused the following documents:

　　1.　Notice of Consent Filing and attached Consent Form

to be served via ECF to the following:

Robert J. Wilger
rwilger@littler.com


Dated:  May 2, 2008　　　　　　　　　　**NICHOLS KASTER & ANDERSON, LLP**

　　　　　　　　　　　　　　　　　　　By:　s/Jessica J. Clay
　　　　　　　　　　　　　　　　　　　　　James H. Kaster, #248949
　　　　　　　　　　　　　　　　　　　　　Matthew C. Helland, #250451
　　　　　　　　　　　　　　　　　　　　　Jessica J. Clay, MN # 318772, pro hac vice


　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS AND THE
　　　　　　　　　　　　　　　　　　　PUTATIVE CLASS

**Certificate of Service**