UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: April 18, 2008

Case No. C-07-06414-RMW        JUDGE: Ronald M. Whyte

MOHAN GIL, et al.                -v- SOLECTRON CORPORATION, et al.
Title

J. Clay via Phone                R. Wilger
Attorneys Present                Attorneys Present

COURT CLERK: Jackie Garcia       COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Further ADR conference on 8/7/08 @ 9:30 am; Jury Trial set for 11/30/09 @ 1:30 pm; Pretrial Conference set for 10/29/09 @ 2:00 pm; Joint Pretrial Statement due 10/23/09; Hearing on Dispositive Motions set for 9/4/09 @ 9:00 am; Discovery cutoff 6/1/09; Expert Discovery cutoff 6/12/09; Disclosure of Experts by 4/1/09; Hearing on Class Certification on 5/1/09 @ 9:00 am; Deadline for Amending Pleadings by 1/1/09; Complete Initial Disclosures by 4/23/08. Discovery Limits: Depositions - 60 hours per side; Interrogatories - open; Document Request - no limit, but narrowly tailored. Plaintiff to prepare order following the conference.