NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON PLLP
James H. Kaster CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
Admitted **pro** **hac** **vice**
clay@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. **C 07-06414 RMW**<br><br>**NOTICE OF CONSENT FILING** |

1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2 | attached Consent Forms for the following persons:
3 |
4 | George-Weaver, Dana
5 |
6 |
7 |
8 |
9 |
10 | Dated: June 5, 2008                    **NICHOLS KASTER & ANDERSON, LLP**
11 |
12 |                                         By:  s/Jessica J Clay
13 |                                              James H. Kaster, #248949
     |                                              Paul J. Lukas, MN 22084X, *pro hac vice*
14 |                                              Matthew C. Helland, #250451
     |                                              Jessica J. Clay, MN # 318772, *pro hac vice*
15 |
16 |                                         ATTORNEYS FOR PLAINTIFFS AND THE
     |                                         PUTATIVE CLASS
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# GIL ET AL. V. SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL USA, INC. ET AL.
## COURT FILE 07-06414 (RMW/HRL)
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Solectron Corp. and Flextronics International USA, Inc. as a Plaintiff to assert claims against the company or companies for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past three years, there were occasions where Solectron Corporation and/or Flextronics International required me to wear protective gear while performing the duties for which I was employed. Solectron Corporation and/or Flextronics International never compensated me for the time I spent donning and doffing this protective gear or for time spent waiting in line to have the gear pass through an electro-static discharge station.

_Dana George-Weaver_     5/19/08
Signature                  Date

_Dana George-Weaver_
Print Name

REDACTED

Mail or fax to:
Nichols Kaster & Anderson, PLLP (attn: Jessica Clay)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Fax: 612-338-4878
Phone: 612-256-3200 or toll-free 877-448-0492

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. **C 07-06414 RMW**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 5, 2008, I caused the following document:

1. Notice of Consent Filing and attached Consent Forms

to be served via ECF to the following:

Robert J. Wilger
rwilger@littler.com

Dated: June 5, 2008

**NICHOLS KASTER & ANDERSON, LLP**

By:  s/Jessica J Clay
    James H. Kaster, #248949
    Paul J. Lukas, MN 22084X, *pro hac vice*
    Matthew C. Helland, #250451
    Jessica J. Clay, MN # 318772, *pro hac vice*

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS