1  Counsel Appear on the Following Page

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>           Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive,<br><br>           Defendants. | Case No. C 07-06414 RMW (HRL)<br><br>**JOINT STIPULATION AND [proposed] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND ESTABLISHING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION**<br><br>Honorable Ronald M. Whyte<br>Complaint Filed: December 19, 2007 |

**STIPULATION AND [proposed] ORDER**

| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON LLP |
| | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | Helland@nka.com |
| | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |
| 5 | |
| | NICHOLS KASTER & ANDERSON PLLP |
| 6 | James H. Kaster, CA State Bar No. 248949 |
| | Kaster@nka.com |
| 7 | Jessica J. Clay, MN State Bar No. 318772 |
| | (admitted pro hac vice) |
| 8 | 4600 IDS Center, 80 South 8th Street |
| | Minneapolis, MN 55402 |
| 9 | Telephone: (612) 256-3200 |
| 10 | Facsimile: (612) 338-4878 |
| 11 | Attorneys for INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS |
| 12 | |
| | LITTLER MENDELSON |
| 13 | A Professional Corporation |
| | Garry G. Mathiason, Bar No. 051119 |
| 14 | 650 California Street, 20th Floor |
| 15 | San Francisco, CA 94108.2693 |
| | Telephone: (415) 433-1940 |
| 16 | Fax: (415) 399-8490 |
| 17 | gmathiason@littler.com |
| 18 | |
| | LITTLER MENDELSON |
| 19 | A Professional Corporation |
| | Robert J. Wilger, Bar No. 168402 |
| 20 | 50 West San Fernando St., 15th Floor |
| 21 | Telephone: (408) 998-4150 |
| | Fax: (408) 288-5686 |
| 22 | rwilger@littler.com |
| 23 | |
| 24 | Attorneys for DEFENDANTS |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiffs MOHAN GIL, RODNEY CARR, TONY DANIEL, and JERMAINE WRIGHT, individually, on behalf of others similarly situated, and on behalf of the general public ("Plaintiffs") and Defendants SOLECTRON CORPORATION and FLEXTRONICS INTERNATIONAL, USA, INC. (referred to herein collectively as "Defendants"), by and through their respective counsel of record, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs seek to amend their Complaint to add an additional Defendant, Aerotek, Inc.;

WHEREAS, the addition of this new Defendant will impact the scheduling order entered by the Court in this matter on May 14, 2008 (Dkt. 48); and

WHEREAS, the Parties seek to enlarge the briefing schedule for Plaintiffs' Motion for Class Certification from that which is provided in the current scheduling order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

1) Defendants grant their consent to Plaintiffs to file their First Amended Complaint, attached hereto as Exhibit A.

2) Plaintiffs' Motion for Class Certification shall be filed and served no later than September 15, 2008.

3) The Parties request a case management conference with the Court regarding the remaining dates in the current pretrial schedule, once the new Defendant, Aerotek, Inc., has answered the Amended Complaint.

```
 1  Dated: July 2, 2008          NICHOLS KASTER & ANDERSON, PLLP
 2
 3                                By: _____
                                      Jessica J. Clay, MN # 318772
 4
                                  ATTORNEYS FOR PLAINTIFFS
 5                                AND THE PUTATIVE CLASSES
 6
 7
 8  Dated: June 30, 2008          LITTLER MENDELSON
                                  A Professional Corporation
 9
10                                By: _____
                                      Robert J. Wilger
11
12                                ATTORNEYS FOR DEFENDANTS
```

## ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED.**

Dated: _____                    _____
                                     Hon. Ronald M. Whyte
                                     United States District Court Judge