## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008 I caused the following documents:

**JOINT STIPULATION AND [proposed] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND ESTABLISHING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Robert James Wigler**
  rwigler@littler.com; jgaeden@littler.com

Dated: July 2, 2008

NICHOLS KASTER & ANDERSON, PLLP

By:_____

Jessica J. Clay #0318772
ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASSES