1 | Counsel Appear on the Following Page

2

3

4

5

6 | *E-FILED - 7/16/08*

7 | IN THE UNITED STATES DISTRICT COURT
8 | NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No. C 07-06414 RMW (HRL) |
| Plaintiffs, | JOINT STIPULATION AND [proposed] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND ESTABLISHING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION |
| v. | |
| Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive, | |
| Defendants. | Honorable Ronald M. Whyte<br>Complaint Filed: December 19, 2007 |

STIPULATION AND [proposed] ORDER

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON PLLP
James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
Jessica J. Clay, MN State Bar No. 318772
(admitted pro hac vice)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

LITTLER MENDELSON
A Professional Corporation
Garry G. Mathiason, Bar No. 051119
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: (415) 433-1940
Fax: (415) 399-8490
gmathiason@littler.com

LITTLER MENDELSON
A Professional Corporation
Robert J. Wilger, Bar No. 168402
50 West San Fernando St., 15th Floor
Telephone: (408) 998-4150
Fax: (408) 288-5686
rwilger@littler.com

Attorneys for DEFENDANTS

Plaintiffs MOHAN GIL, RODNEY CARR, TONY DANIEL, and JERMAINE WRIGHT, individually, on behalf of others similarly situated, and on behalf of the general public ("Plaintiffs") and Defendants SOLECTRON CORPORATION and FLEXTRONICS INTERNATIONAL, USA, INC. (referred to herein collectively as "Defendants"), by and through their respective counsel of record, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs seek to amend their Complaint to add an additional Defendant, Aerotek, Inc.;

WHEREAS, the addition of this new Defendant will impact the scheduling order entered by the Court in this matter on May 14, 2008 (Dkt. 48); and

WHEREAS, the Parties seek to enlarge the briefing schedule for Plaintiffs' Motion for Class Certification from that which is provided in the current scheduling order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

1) Defendants grant their consent to Plaintiffs to file their First Amended Complaint, attached hereto as Exhibit A.

2) Plaintiffs' Motion for Class Certification shall be filed and served no later than September 15, 2008.

3) The Parties request a case management conference with the Court regarding the remaining dates in the current pretrial schedule, once the new Defendant, Aerotek, Inc., has answered the Amended Complaint.

Dated: July 2, 2008　　　　NICHOLS KASTER & ANDERSON, PLLP

By: _____
Jessica J. Clay, MN # 318772

ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASSES


Dated: June 30, 2008　　　　LITTLER MENDELSON
A Professional Corporation

By: _____
Robert J. Wilger

ATTORNEYS FOR DEFENDANTS

## ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED.**

Dated: 7/16/08

_____
Hon. Ronald M. Whyte
United States District Court Judge