**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2008 I caused the following documents:

**FIRST AMENDED COMPLAINT FOR DAMAGES, RESTITUTION AND INJUNCTIVE RELIEF**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Robert James Wigler**
  rwigler@littler.com; jgaeden@littler.com

Dated:  July 22, 2008          NICHOLS KASTER & ANDERSON, PLLP

                               By:_____
                                   Jessica J. Clay #0318772
                                   ATTORNEYS FOR PLAINTIFFS
                                   AND THE PUTATIVE CLASSES