1  GARRY G. MATHIASON, Bar No. 051119
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433-1940
4  Fax: 415.399-8490
   gmathiason@littler.com
5
   ROBERT J. WILGER, Bar No. 168402
6  LITTLER MENDELSON
   A Professional Corporation
7  50 West San Fernando St., 15th Fl.
   Telephone: 408.998-4150
8  Fax: 408.288-5686
   rwilger@littler.com
9
   Attorneys for Defendants
10 SOLECTRON CORPORATION, FLEXTRONICS
   INTERNATIONAL, USA, INC.
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

| | |
|---|---|
| 15  MOHAN GIL, RODNEY CARR, TONY DANIEL, AND JERMAINE WRIGHT, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., AEROTEK, INC., and DOES 1-10 inclusive,<br><br>Defendants s. | Case No. C07-06414 RMW HRL<br><br>**STIPULATION THAT SOLECTRON CORPORATION AND FLEXTRONICS INTERNATIONAL, USA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT IS DEEMED TO BE SOLECTRON CORPORATION AND FLEXTRONICS INTERNATIONAL, USA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED COMPLAINT** |

24      Plaintiffs and Defendants, Solectron Corporation and Flextronics International, USA, Inc., by
25 and through their respective attorneys of record hereby stipulate and agree as follows:
26 I.    INTRODUCTION
27      1.    Whereas Plaintiffs filed a Complaint for Damages, Restitution and Injunctive Relief
28 against Defendants Solectron Corporation and Flextronics International, USA, Inc. on December 19,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113
408 998-4150

(CASE NO. C07-06414 RMW HRL)                    Stipulation Re: Answer to Amended Complaint

1  2007;

2      2.    Whereas Defendants Solectron Corporation and Flextronics International, USA, Inc. filed an Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages, Restitution and Injunctive Relief on January 16, 2008;

    3.    Whereas Plaintiffs filed a First Amended Complaint for Damages, Restitution and Injunctive Relief against Defendants Solectron Corporation, Flextronics International, USA, Inc. and Aerotek, Inc. as a new defendant on July 22, 2008 without changing any allegations against Defendants Solectron Corporation and Flextronics International, USA, Inc.

II.    **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN PLAINTIFFS AND DEFENDANTS SOLECTRON CORPORATION AND FLEXTRONICS INTERNATIONAL, USA, INC. BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD:**

    1.    That Defendant Solectron Corporation's Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages, Restitution and Injunctive Relief filed on January 16, 2008 shall be deemed to be Defendant Solectron Corporation's Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint for Damages, Restitution and Injunctive Relief filed on July 22, 2008;

    2.    That Defendant Flextronics International, USA, Inc.'s Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages, Restitution and Injunctive Relief filed on January 16, 2008 shall be deemed to be Flextronics International, USA, Inc.'s Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint for Damages, Restitution and Injunctive Relief filed on July 22, 2008.

Dated: July ____, 2008

_____
JESSICA CLAY
NICHOLS, KASTER & ANDERSON PLLP
Attorneys for Individual and Representative
Plaintiffs

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113
408-998-4150

(CASE NO. C07-06414 RMW HRL)    2.    **Stipulation Re: Answer to Amended Complaint**

2007;

2. Whereas Defendants Solectron Corporation and Flextronics International, USA, Inc. filed an Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages, Restitution and Injunctive Relief on January 16, 2008;

3. Whereas Plaintiffs filed a First Amended Complaint for Damages, Restitution and Injunctive Relief against Defendants Solectron Corporation, Flextronics International, USA, Inc. and Aerotek, Inc. as a new defendant on July 22, 2008 without changing any allegations against Defendants Solectron Corporation and Flextronics International, USA, Inc.

II. **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN PLAINTIFFS AND DEFENDANTS SOLECTRON CORPORATION AND FLEXTRONICS INTERNATIONAL, USA, INC. BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD:**

1. That Defendant Solectron Corporation's Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages, Restitution and Injunctive Relief filed on January 16, 2008 shall be deemed to be Defendant Solectron Corporation's Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint for Damages, Restitution and Injunctive Relief filed on July 22, 2008;

2. That Defendant Flextronics International, USA, Inc.'s Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages, Restitution and Injunctive Relief filed on January 16, 2008 shall be deemed to be Flextronics International, USA, Inc.'s Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint for Damages, Restitution and Injunctive Relief filed on July 22, 2008.

Dated: July 30, 2008

_____
JESSICA CLAY
NICHOLS, KASTER & ANDERSON PLLP
Attorneys for Individual and Representative Plaintiffs

Dated: July 28, 2008

_____
GARRY G. MATHIASON
ROBERT J. WILGER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants s
SOLECTRON CORPORATION,
FLEXTRONICS INTERNATIONAL, USA, INC.

Firmwide:86000665.1 014692.1116

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113
408-998-4150

(CASE NO. C07-06414 RMW HRL)        3.        **Stipulation Re: Answer to Amended Complaint**