NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
James H. Kaster CA State Bar No. 248949
kaster@nka.com
Jessica J. Clay MN State Bar No. 318772
(**pro hac vice** application forthcoming)
clay@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>v.<br><br>Solectron Corporation, Flextronics International, USA, Inc., Aerotek, Inc., and DOES 1-10 inclusive,<br><br>            Defendants. | |

**NOTICE OF FIRM NAME CHANGE**

TO THE COURT AND ALL PARTIES ON RECORD:

PLEASE TAKE NOTICE THAT effective August 1, 2008, the law firm of Nichols Kaster & Anderson, PLLP and Nichols Kaster & Anderson, LLP changed its name to Nichols Kaster, PLLP and Nichols Kaster, LLP respectively. Our address, phone number, and fax number have not changed.

Dated: August 1, 2008                               Respectfully submitted,


                                                    By: s/Matthew C. Helland
                                                    Matthew C. Helland

                                                    NICHOLS KASTER, LLP
                                                    Matthew C. Helland, CA State Bar No. 250451
                                                    helland@nka.com
                                                    One Embarcadero Center, Suite 720
                                                    San Francisco, CA  94111
                                                    Telephone: (415) 277-7235
                                                    Facsimile: (415) 277-7238

                                                    NICHOLS KASTER, PLLP
                                                    James H. Kaster CA State Bar No. 248949
                                                    kaster@nka.com
                                                    Jessica J. Clay MN State Bar No. 318772
                                                    (**pro hac vice** application forthcoming)
                                                    clay@nka.com
                                                    4600 IDS Center
                                                    80 South 8th Street
                                                    Minneapolis, MN  55402
                                                    Telephone: (612) 256-3200
                                                    Facsimile: (612) 338-4878

                                                    ATTORNEYS FOR PLAINTIFFS