# GIL ET AL. V. SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL USA, INC. ET AL.
## COURT FILE 07-06414 (RMW/HRL)
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Solectron Corp. and Flextronics International USA, Inc. as a Plaintiff to assert claims against the company or companies for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past three years, there were occasions where Solectron Corporation and/or Flextronics International required me to wear protective gear while performing the duties for which I was employed. Solectron Corporation and/or Flextronics International never compensated me for the time I spent donning and doffing this protective gear or for time spent waiting in line to have the gear pass through an electro-static discharge station.

_LaCannas Grant_  07/30
Signature                Date

_LaCannas Grant_
Print Name

REDACTED

Mail or fax to:
Nichols Kaster & Anderson, PLLP (attn: Jessica Clay)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Fax: 612-338-4878
Phone: 612-256-3200 or toll-free 877-448-0492

REDACTED

## GIL ET AL. V. SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL-USA, INC. ET AL.
### COURT FILE 07-06414 (RMW/HRL)
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Solectron Corp. and Flextronics International USA, Inc. as a Plaintiff to assert claims against the company or companies for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past three years, there were occasions where Solectron Corporation and/or Flextronics International required me to wear protective gear while performing the duties for which I was employed. Solectron Corporation and/or Flextronics International never compensated me for the time I spent donning and doffing this protective gear or for time spent waiting in line to have the gear pass through an electro-static discharge station.

_Danielle N. Greer_    7/24/08
Signature            Date

_Danielle N. Greer_
Print Name

REDACTED

Mail or fax to:
Nichols Kaster & Anderson, PLLP (attn: Jessica Clay)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Fax: 612-338-4878
Phone: 612-256-3200 or toll-free 877-448-0492

## GIL ET AL. V. SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL USA, INC. ET AL.
### COURT FILE 07-06414 (RMW/HRL)
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Solectron Corp. and Flextronics International USA, Inc. as a Plaintiff to assert claims against the company or companies for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past three years, there were occasions where Solectron Corporation and/or Flextronics International required me to wear protective gear while performing the duties for which I was employed. Solectron Corporation and/or Flextronics International never compensated me for the time I spent donning and doffing this protective gear or for time spent waiting in line to have the gear pass through an electro-static discharge station.

_Queenie Mae Strickland_  7-28-08
Signature                          Date

Queenie Mae Strickland
Print Name

REDACTED

Mail or fax to:
Nichols Kaster & Anderson, PLLP (attn: Jessica Clay)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Fax: 612-338-4878
Phone: 612-256-3200 or toll-free 877-448-0492

| | |
|---|---|
| 1 | NICHOLS KASTER, LLP |
| | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | helland@nka.com |
| | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |
| 5 | |
| | NICHOLS KASTER, PLLP |
| 6 | James H. Kaster CA State Bar No. 248949 |
| | kaster@nka.com |
| 7 | Jessica J. Clay, MN State Bar No. 318772 |
| | Admitted **pro hac vice** |
| 8 | clay@nka.com |
| 9 | 4600 IDS Center |
| | 80 South 8th Street |
| 10 | Minneapolis, MN 55402 |
| | Telephone: (612) 256-3200 |
| 11 | Facsimile: (612) 338-4878 |

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No. **C 07-06414 RMW** |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| v. | |
| Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive, | |
| Defendants. | |

Notice of Consent Filing

1       PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2 attached Consent Forms for the following persons:

4 Grant, LaCannas
Greer, Danielle N.
5 Strickland, Queenie Mae

11 Dated: August 05, 2008                       **NICHOLS KASTER, LLP**

13                                          By:  s/Jessica J. Clay
14                                                  James H. Kaster, #248949
Paul J. Lukas, MN 22084X, *pro hac vice*
15                                                  Matthew C. Helland, #250451
Jessica J. Clay, MN # 318772, *pro hac vice*

17                                                  ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No. **C 07-06414 RMW** |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| Solectron Corporation, Flextronics International, USA, Inc., and DOES 1-10 inclusive, | |
| Defendants. | |

I hereby certify that on August 05, 2008, I caused the following document:

1. Notice of Consent Filing and attached Consent Forms

to be served via ECF to the following:

Robert J. Wilger
rwilger@littler.com


Dated: August 05, 2008                NICHOLS KASTER, LLP

                                      By:  s/Jessica J. Clay
                                      _____
                                           James H. Kaster, #248949
                                           Paul J. Lukas, MN 22084X, *pro hac vice*
                                           Matthew C. Helland, #250451
                                           Jessica J. Clay, MN # 318772, *pro hac vice*


                                           ATTORNEYS FOR PLAINTIFFS AND THE
                                           PUTATIVE CLASS

Certificate of Service