1  GARRY G. MATHIASON, Bar No. 051119
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone:  415.433-1940
4  Fax:        415.399-8490

5  ROBERT J. WILGER, Bar No. 168402
   LITTLER MENDELSON
6  A Professional Corporation
   50 West San Fernando Street, 15th Floor
7  San Jose, CA 95113
   Telephone:  408.998-4150
8  Fax:        408.288-5686

9  Attorneys for Defendants
   SOLECTRON CORPORATION, FLEXTRONICS
10 INTERNATIONAL, USA, INC., AEROTEK, INC.

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | MOHAN GIL, RODNEY CARR,            | Case No. C-07-06414 (RMW)
   | JERMAINE V. WRIGHT and TONY        |
16 | DANIEL, individually, on behalf of others | DEFENDANT AEROTEK, INC.'S ADR
   | similarly situated, and on behalf of the  | CERTIFICATION BY PARTIES AND
17 | general public,                    | COUNSEL

18                Plaintiffs,

19         v.

20 SOLECTRON CORPORATION,
   FLEXTRONICS INTERNATIONAL,
21 USA, INC., AEROTEK, INC., and DOES
   1-10, inclusive,
22
               Defendants.
23

24

25        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned

26 certifies that he or she has:

27        (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern

28 District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

(NO. C-07-06414 (RMW))

DEF AEROTEK, INC.'S ADR CERTIFICATION BY PARTIES AND COUNSEL

1   copies are available from the clerk's office for parties in cases not subject to the court's Electronic
2   Case Filing program (ECF) under General Order 45);

3       (2) Discussed the available dispute resolution options provided by the Court and
4   private entities; and

5       (3) Considered whether this case might benefit from any of the available dispute
6   resolution options.

Dated: 8-19-08

Reid C. Bowman
Defendant Aerotek, Inc.

Dated: 8/19/08

Robert J. Wilger
Attorney for Defendant Aerotek, Inc.

Firmwide:86253705.1 014692.1110

(NO. C-07-06414 (RMW))   2.