1  GARRY G. MATHIASON, Bar No. 051119
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433-1940
4  Fax:       415.399-8490

5  ROBERT J. WILGER, Bar No. 168402
   LITTLER MENDELSON
6  A Professional Corporation
   50 West San Fernando Street, 15th Floor
7  San Jose, CA 95113
   Telephone: 408.998-4150
8  Fax:       408.288-5686

9  Attorneys for Defendants
   SOLECTRON CORPORATION, FLEXTRONICS
10 INTERNATIONAL, USA, INC.; AEROTEK, INC.

11

12                           UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14 | MOHAN GIL, RODNEY CARR, | Case No. C-07-06414 (RMW)
15 | JERMAINE V. WRIGHT and TONY DANIEL, individually, on behalf of others | **DEFENDANT AEROTEK, INC.'S**
16 | similarly situated, and on behalf of the general public, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

17                Plaintiffs,                          Federal Rules Of Civil Procedure 7.1
                                                      N.D. Civil Local Rule 3-16
18         v.

19 SOLECTRON CORPORATION,
   FLEXTRONICS INTERNATIONAL,
20 USA, INC., AEROTEK, INC., and DOES
   1-10, inclusive,
21
                  Defendants.
22

23         TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24         Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the

25 undersigned certifies that the following listed persons, associations of person, firms, partnerships,

26 corporations (including parent corporations) or other entities (i) have a financial interest in the

27 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

CASE NO. CV 08 1769 JW (HRL)

DEF AEROTEK'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1  that subject matter or in a party that could be substantially affected by the outcome of this
2  proceeding:
3      Aerotek, Inc., a privately held company.
4
5  Dated: August 19, 2008

                                        ROBERT J. WILGER
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        Attorneys for Defendant
                                        SOLECTRON CORPORATION,
                                        FLEXTRONICS INTERNATIONAL, USA,
                                        INC., AND AEROTEK, INC.

12  Firmwide:86256975.1 014692.1110

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. CV 08 1769 JW (HRL)         2.

DEF AEROTEK'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES