1  Joan B. Tucker Fife (SBN: 144572)
   jfife@winston.com
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA 94111-5802
   Telephone:    (415) 591-1000
4  Facsimile:    (415) 591-1400

5  Jennifer Rappoport (SBN: 210879)
   jrappoport@winston.com
6  WINSTON & STRAWN LLP
   333 South Grand Avenue
7  Los Angeles, CA 90071-1543
   Telephone:    (213) 615-1700
8  Facsimile:    (213) 615-1750

9  Attorneys for Defendants Solectron
   Corporation, Flextronics International,
10 USA, Inc., and Aerotek, Inc.

*E-FILED - 4/10/09*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Solectron Corporation, Flextronics International, USA, Inc., Aerotek, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 5:07-cv-06414-RMW<br><br>**ORDER GRANTING**<br>**NOTICE OF SUBSTITUTION OF ATTORNEYS** |

NOTICE IS HEREBY GIVEN THAT, subject to approval by the Court, Defendants Solectron Corporation, Flextronics International, USA, Inc., and Aerotek, Inc. substitute:

    Joan B. Tucker Fife (SBN: 144572)
    Winston & Strawn LLP

    Jennifer Rappoport (SBN: 210879)
    Winston & Strawn LLP

as counsel of record in place of:

    Garry G. Mathiason, Littler Mendelson
    Robert J. Wilger, Littler Mendelson

Contact information for new counsel is as follows:

    Joan B. Tucker Fife
    WINSTON & STRAWN LLP
    101 California St., Ste. 3900
    San Francisco, CA 94111
    Telephone:  (415) 591-1000
    Facsimile:  (415) 591-1400
    jfife@winston.com

    Jennifer Rappoport
    WINSTON & STRAWN LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-1543
    Telephone:  (213) 615-1700
    Facsimile:  (213) 615-1750
    jrappoport@winston.com

Dated: March 31, 2009            FLEXTRONICS CORP., F/K/A
                                    SOLECTRON CORPORATION

                                    By: *Timothy S. Stewart* (signature)

Dated: March 31, 2009            FLEXTRONICS INTERNATIONAL, USA, INC.

                                    By: *Timothy S. Stewart* (signature)

| | |
|---|---|
| Dated: March 31, 2009 | AEROTEK, INC.<br><br>By: _[signature]_ |
| Dated: March __, 2009 | LITTLER MENDELSON<br><br>By: _____ |
| Dated: March __, 2009 | WINSTON & STRAWN LLP<br><br>By: _____<br>Joan B. Tucker Fife<br>Attorneys for Solectron Corporation,<br>Flextronics International, USA, Inc., and<br>Aerotek, Inc.<br>Defendants |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March __, 2009 | AEROTEK, INC. |
| 3 | | |
| 4 | | By: _____ |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: March 26, 2009 | LITTLER MENDELSON |
| 9 | | |
| 10 | | By: *[signature]* |
| 11 | | |
| 12 | | |
| 13 | Dated: March 31, 2009 | WINSTON & STRAWN LLP |
| 14 | | |
| 15 | | By: *[signature]* J. Kappos per |
| 16 | | |
| 17 | | Joan B. Tucker Fife |
| 18 | | Attorneys for Solectron Corporation, Flextronics International, USA, Inc., and Aerotek, Inc. |
| 19 | | Defendants |

*(Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5802)*

---

3
NOTICE OF SUBSTITUTION OF ATTORNEYS

SF:245663.2

1  **IT IS SO ORDERED**.

3  DATED: 4/10/09

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge