Counsel Appear on the Following Page

*E-FILED - 7/8/09*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Mohan Gil, et al, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, et al,<br><br>Defendants. | Case No. C 07-06414 RMW (HRL)<br><br>**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Ronald M. Whyte<br>Complaint Filed: December 19, 2007 |

**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**

NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

JOAN B. TUCKER FIFE (SBN:144572)
email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

JENNIFER RAPPOPORT (SBN: 210879)
email: JRappopo@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for DEFENDANTS SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., and AEROTEK, INC.

**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**

Plaintiffs MOHAN GIL, RODNEY CARR, TONY DANIEL, and JERMAINE WRIGHT, individually, on behalf of others similarly situated, and on behalf of the general public ("Plaintiffs") and Defendants SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., and AEROTEK, INC. (referred to herein collectively as "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 30, 2009, this Court approved the Stipulation submitted by the parties on March 31, 2009, ordered that the deadlines in the then existing pretrial schedule be abated, and set a case management conference on July 10, 2009, at 10:30 a.m.;

WHEREAS, in April 2009, the parties agreed to participate in a mediation with Mark Rudy, Esq. in San Francisco, California, on August 5, 2009.

Therefore, the parties request that the Court continue the Case Management Conference currently set for July 10, 2009 to a date at least thirty days after August 5, 2009, or as soon thereafter as the Court's calendar permits. The parties agree to submit a proposed case management order no later than seven days prior to the date set for the further case management conference, if the case is not resolved as a result of the mediation.

IT IS SO STIPULATED.

Dated: June 26, 2009     **NICHOLS KASTER, LLP**

By:   /s/ Matthew C. Helland
      Matthew C. Helland

ATTORNEYS FOR PLAINTIFFS AND
THE PUTATIVE CLASSES

Dated: June 26, 2009

**WINSTON & STRAWN LLP**

By: /s/ Jennifer Rappoport
Joan B. Tucker Fife
Jennifer Rappoport

Attorneys for DEFENDANTS SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., and AEROTEK, INC.

## ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED.**

Dated: 7/8/09

Hon. Ronald M. Whyte
United States District Court Judge

*The Case Management Conference is hereby continued to September 11, 2009 at 10:30 a.m. A Joint Case Management Statement is due on September 4, 2009.