Counsel Appear on the Following Page

***E-FILED - 8/13/09***

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| Mohan Gil, et al, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Solectron Corporation, et al,<br><br>　　　　　Defendants. | Case No. C 07-06414 RMW (HRL)<br><br>**JOINT STIPULATION AND []<br>ORDER WITHDRAWING PLAINTIFFS'<br>MOTION FOR SUPPLEMENTAL NOTICE** |

**STIPULATION AND [] ORDER**

| | |
|---|---|
| 1 | NICHOLS KASTER, LLP |
| 2 | Matthew C. Helland, CA State Bar No. 250451 |
| | Helland@nka.com |
| 3 | One Embarcadero Center, Suite 720 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 277-7235 |
| | Facsimile: (415) 277-7238 |

NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

JOAN B. TUCKER FIFE (SBN:144572)
email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

JENNIFER RAPPOPORT (SBN: 210879)
email: JRappopo@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for DEFENDANTS SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., and AEROTEK, INC.

-2-

**STIPULATION AND ] ORDER**

1    Plaintiffs MOHAN GIL, RODNEY CARR, TONY DANIEL, and JERMAINE WRIGHT,
2    individually, on behalf of others similarly situated, and on behalf of the general public
3    ("Plaintiffs") and Defendants SOLECTRON CORPORATION, FLEXTRONICS
4    INTERNATIONAL, USA, INC., and AEROTEK, INC. (referred to herein collectively as
5    "Defendants"), hereby stipulate and agree as follows:
6        WHEREAS Plaintiffs filed a Motion for Supplemental Notice on May 8, 2009 (Docket
7    No. 162);
8        WHEREAS Defendants' deadline to file an Opposition to Plaintiffs' Motion for
9    Supplemental Notice was May 22, 2009;
10       WHEREAS on May 22, 2009, Defendants filed the parties' Joint Stipulation And
11   [proposed] Order To Extend Deadline For Defendants' To Respond To Plaintiffs' Motion For
12   Supplemental Notice;
13       WHEREAS a hearing on Plaintiffs' Motion for Supplemental Notice is scheduled for June
14   12, 2009;
15       WHEREAS the parties have reached a compromise regarding the subject matter of
16   Plaintiffs' motion such that a hearing on the motion is no longer required;
17       WHEREAS Plaintiffs wish to withdraw their motion in conjunction with that
18   compromise;
19       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties
20   through their respective counsel, and subject to the approval of the Court, that Plaintiffs' Motion
21   For Supplemental Notice (Docket No. 162) shall be withdrawn and removed from the Court's
22   calendar.
23
24   Dated: May 26, 2009            **NICHOLS KASTER, LLP**
25
                                    By:    s/ Matthew C. Helland
26                                         Matthew C. Helland
27                                  ATTORNEYS FOR PLAINTIFFS AND
                                    THE PUTATIVE CLASSES
28

-3-

**STIPULATION AND [] ORDER**

Dated: May 26, 2009     **WINSTON & STRAWN LLP**

By:    s/ Joan B. Tucker Fife
       Joan B. Tucker Fife
       Jennifer Rappoport

Attorneys for DEFENDANTS SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., and AEROTEK, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/12/09

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge