1  Counsel Appear on the Following Page
2
3
4
5                                                          *E-FILED - 9/10/09*
6
7
8
9
10        IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
11

| Mohan Gil, et al, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, et al,<br><br>Defendants. | Case No. C 07-06414 RMW (HRL)<br><br>**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Ronald M. Whyte<br>Complaint Filed: December 19, 2007 |
|---|---|

**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**

NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

JOAN B. TUCKER FIFE (SBN:144572)
email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

JENNIFER RAPPOPORT (SBN: 210879)
email: JRappopo@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for DEFENDANTS SOLECTRON CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., and AEROTEK, INC.

-2-

**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**

1  Plaintiffs MOHAN GIL, RODNEY CARR, TONY DANIEL, and
2  JERMAINE WRIGHT, individually, on behalf of others similarly situated, and on
3  behalf of the general public ("Plaintiffs") and Defendants SOLECTRON
4  CORPORATION, FLEXTRONICS INTERNATIONAL, USA, INC., and
5  AEROTEK, INC. (referred to herein collectively as "Defendants"), by and through
6  their respective counsel of record, hereby stipulate as follows:

8  WHEREAS, on July 8, 2009, the court continued the Case Management
9  Conference set for July 10, 2009 to September 11, 2009, in light of the parties'
10 mediation on August 5, 2009;
11 WHEREAS, on August 5, 2009, the parties participated in a mediation with
12 Mark S. Rudy, Esq. in San Francisco, California which resulted in an agreement to
13 settle the case;
14 WHEREAS, the parties currently are finalizing the terms of the Stipulation of
15 Settlement.
16 Therefore, the parties request that the Court continue the Case Management
17 Conference currently set for September 11, 2009 be taken off calendar.  Plaintiffs
18 anticipate that they will file a motion for preliminary approval of the settlement
19 within the next 60 days.

21 IT IS SO STIPULATED.

23 Dated: September 4, 2009            **NICHOLS KASTER, LLP**

                                      By:    /s/ Matthew C. Helland
                                             Matthew C. Helland

                                      ATTORNEYS FOR PLAINTIFFS AND
                                      THE PUTATIVE CLASSES

-3-

**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**

1

2   Dated: September 4, 2009                    **WINSTON & STRAWN LLP**

3                                        By:    /s/ Jennifer Rappoport
                                                Joan B. Tucker Fife
4                                               Jennifer Rappoport

5                                               Attorneys for DEFENDANTS
                                                SOLECTRON CORPORATION,
6                                               FLEXTRONICS INTERNATIONAL, USA,
7                                               INC., and AEROTEK, INC.

8

9                                        **ORDER**

10

11   Having read the foregoing Stipulation of the parties, and good cause

12   appearing therefore, **IT IS SO ORDERED.**

13   Dated:  9/10/09                     *Ronald M. Whyte*

14                                       Hon. Ronald M. Whyte
                                         United States District Court Judge

15

-4-

**STIPULATION AND [ORDER] RE CASE MANAGEMENT CONFERENCE**