**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| Mohan Gil, et al, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Solectron Corporation, et al,<br><br>Defendants. | Case No. C 07-06414 RMW (HRL)<br><br>**ORDER GRANTING FINAL APPROVAL TO THE STIPULATION OF SETTLEMENT AND RELEASE AND DISMISSING THE CASE WITH PREJUDICE** |

      This matter comes before the Court on the Parties' Joint Motion for Final Approval of the Stipulation of Settlement and Release (the "Stipulation of Settlement"). The Court previously granted preliminary approval of the settlement on December 23, 2009.

      Having reviewed the Stipulation of Settlement, and the parties' arguments regarding the same, the Court hereby GRANTS the parties' request for Final Approval of the Stipulation of Settlement. The Court further GRANTS the parties' request for certification of the following Rule 23 settlement class:

      All persons who were or are employed by Solectron Corporation or Flextronics International USA, Inc., whether directly or through the temporary agency Aerotek, Inc., as non-exempt employees in assembly, refurbishing, testing, technician, or repair positions in the state of California from December 19, 2003,

or in the state of Kentucky from December 19, 2002, through December 18, 2009, and who were required to wear Electro-Static Discharge equipment.

The Court appoints Plaintiffs' Counsel as Class Counsel.

The Court further APPROVES the proposed allocation of Five Million Dollar ($5,000,000.00) settlement fund, and APPROVES Class Counsel's request for $1,205,750.75 in attorneys' fees, APPROVES Class Counsel's request for reimbursement of $40,776.50 in costs, APPROVES $136,220.51 in settlement administration costs, APPROVES named Plaintiff enhancements in the amount of $1,000.00 each for Mohan Gil, Rodney Carr, Tony Daniel, and Jermaine Wright, and APPROVES the Parties' Request for the deposit of $10,000.00 into a Contingency/Cy Pres Fund, to be used as outlined by the parties in their motion for final approval and according to the terms of the settlement agreement. All of the amounts enumerated in this paragraph are from and not in addition to the total settlement amount of $5,000,000.00.

This Court shall retain jurisdiction over this case for the sole purpose of resolving any disputes associated with the implementation of the Stipulation of Settlement. For all other purposes, this case is DISMISSED with prejudice.

Dated: 6/4/10

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge